NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD R. GRAHAM,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3075

---

Petition for review of the Merit Systems Protection Board in case no. NY0845110016-I-3.

---

## ON MOTION

---

## ORDER

Donald R. Graham moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

**MAR 0 1 2012**
_____                        /s/ Jan Horbaly
       Date                            Jan Horbaly
                                       Clerk

cc:  Donald R. Graham
     Joshua A. Mandlebaum, Esq.                        **FILED**
s21                                           **U.S. COURT OF APPEALS FOR**
                                                **THE FEDERAL CIRCUIT**

                                                   **MAR 0 1 2012**

                                                   **JAN HORBALY**
                                                      **CLERK**